

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 3:05CR00041 |
| v. | ORDER |
| KEVIN ALLEN,<br>KENNETH ALLEN,<br>WENDY BURTON | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Pursuant to 28 U.S.C. § 636(b)(3), the guilty pleas of the defendants were referred to

Magistrate Judge B. Waugh Crigler. Magistrate Judge Crigler entered his Report and

Recommendation on the plea hearings on June 16, 2006. After a careful review of the entire

record in this case, and no objection having been filed to the Magistrate Judge's Report within

ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's Report as to

each Defendant, accepts the guilty plea of each defendant, and adjudges each Defendant guilty of

the offenses stated in the plea agreements.[1]

It is so ORDERED.

---

[1] The Court notes that the Report recommends deferring acceptance of Defendant Wendy
Burton's guilty plea until after a presentence report has been submitted. After communicating
with Judge Crigler's chambers, however, the Court determines that it is not necessary to defer
acceptance, and the Court therefore accepts Defendant Wendy Burton's guilty plea.

ENTER: _Norman K. Moon_

U.S. District Court Judge

DATE: _July 12, 2006_